## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Patricia Robles, on behalf of herself and others similarly situated | ) ) ) | Case No. 17-cv-4988 |
| Plaintiff, | ) ) ) | The Honorable Gary Feinerman |
| v. | ) ) ) | |
| Algonquin & Wilke Currency Exchange, Inc., and Michael H. Factor, individually | ) ) ) ) | |
| Defendants. | ) ) | |

### JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT
### AND DISMISSAL OF COMPLAINT

Defendants Algonquin & Wilke Currency Exchange, Inc., and Michael H. Factor (the "Defendants") and Plaintiff Patricia Robles (together, "the Parties"), by and through their respective attorneys, jointly move for the Court to approve the settlement entered between the Parties. In support of this motion, the Parties state as follows:

1. Plaintiff filed a complaint against the Defendants under the Fair Labor Standards Act ("FLSA") and the Illinois Minimum Wage Law ("IMWL") seeking to recover unpaid overtime wages that Plaintiffs contend are owed to her by the Defendants. The Defendants deny that Plaintiffs are owed any unpaid overtime wages under either statute.

2. Following negotiations between counsel for the Defendants and counsel for Plaintiffs the Parties have reached a mutually satisfactory settlement.

3. When an employee asserts a claim against his employer or former employer for wages under the FLSA or IMWL, a valid release of that claim requires a court to review the

settlement for fairness. *See, e.g., Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986) (FLSA); *Lewis v. Giordano's Enterprises, Inc.*, 921 N.E.2d 740, 751 (1st Dist. 2009) (IMWL).

4. The parties are submitting the Settlement Agreement to the Court separately for an *in camera* evaluation.

5. The Parties request the Court approve the Agreement because it is a fair and reasonable resolution of a bona fide dispute over wages under the FLSA and IMWL.

6. Upon approval of the Agreement, the Parties further request the dismissal of this suit with prejudice, each party to bear its own fees and costs.

7. A proposed order of approval of settlement and order of dismissal is attached as an Exhibit to the Joint Motion for Approval and has also been submitted to chambers by email.

WHEREFORE, for the foregoing reasons, the Parties move that this Court enter an Order approving the Agreement as a fair and reasonable resolution of a bona fide dispute under the FLSA and IMWL and dismiss this suit with prejudice as set forth above, with each party to bear its or his own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/    Jorge Sanchez | /s/ ROBERT C. SAMKO |
| One of Plaintiff's attorneys | Attorney for Defendants |
| | |
| Lopez & Sanchez LLP | Law Offices of Robert C. Samko |
| 77 W. Washington St., Suite 1313 | 33 North LaSalle Street, Suite 2000 |
| Chicago, IL 60602 | Chicago, Illinois 60602 |
| (312) 420-6784 | 312-236-7060/312-332-3737 |

Dated: February 28, 2018

2