## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Patricia Robles, on behalf of herself and others similarly situated | ) ) ) | Case No. 17-cv-4988 |
| Plaintiff, | ) ) ) | The Honorable Gary Feinerman |
| v. | ) ) ) | |
| Algonquin & Wilke Currency Exchange, Inc., and Michael H. Factor, individually | ) ) ) ) | |
| Defendants. | ) | |

### ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the Parties' Joint Motion for Court Approval of Settlement.

2. After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between the parties as a fair and reasonable settlement of a bona fide dispute under the Fair Labor Standards Act and the Illinois Minimum Wage Law.

3. The lawsuit is hereby dismissed with prejudice. Each party will bear his or its own attorneys' fees and costs, except as otherwise agreed.

**THIS CASE IS CLOSED.**

**DONE AND ORDERED** this day of _____, 2018.

.

_____
The Honorable Gary Feinerman